**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| O'DELL SMITH, Jr., | No. C-09-0050 TEH (PR) |
|     Petitioner, | |
|     v. | ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY |
| JEANNE WOODFORD, Director, | |
|     Respondent. | (Doc. #5) |

    Pro se Petitioner O'Dell Smith has filed a request for a Certificate of Appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b), which the Court also construes as a Notice of Appeal. Doc. #5.

    Petitioner's request for a Certificate of Appealability is **DENIED** because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Nor has Petitioner demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

//

1         The clerk shall forward to the court of appeals the case
2    file with this order.  See <u>United States v. Asrar</u>, 116 F.3d 1268,
3    1270 (9th Cir. 1997).

7         IT IS SO ORDERED.

9    DATED    07/30/09
                                    THELTON E. HENDERSON
                                    United States District Judge

27   G:\PRO-SE\TEH\HC.09\Smith-09-0050-deny coa.wpd

**United States District Court**
For the Northern District of California